UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK


| | | |
|---|---|---|
| TRACI HANER, | Plaintiff, | **CERTIFICATION** |
| | v. | Case No.  #09-CV-0417 |

Niagara County/
Niagara County Sheriff's Department,    Defendant.


### MEDIATION CERTIFICATION

A mediation session was held on:  Monday, September 14, 2009.

X — **Case has settled**.  The parties have agreed that Melinda Disare, Esq. will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed.

☐ — **Case has settled in part**.  The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation session.

☐ — **Case has not settled**.  Mediation will continue on: _____.

☐ — **Case has not settled**.  Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.


Date:    September 15, 2009          /s/ Mary M. Helenbrook

                     Mediator