UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TRACI HANER,

                Plaintiff,

vs.

NIAGARA COUNTY-NIAGARA COUNTY
SHERIFF'S DEPARTMENT

                Defendants.

**STIPULATION OF DISCONTINUANCE**

Civil Action No.: 09-CV-0417(A)

---

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the litigation, the above captioned action be, and the same hereby is, discontinued with prejudice, and without costs to any party as against the other.

DATED: Buffalo, New York
          November ___, 2009

CHIACCHIA & FLEMING

_____
Andrew P. Fleming, Esq.
*Attorneys for Plaintiff*
**TRACI HANER**
S-5113 South Park Avenue
Hamburg, New York 14075
(716) 881-6400

DAMON MOREY LLP

_____
Melinda G. Disare, Esq.
*Attorneys for Defendants*
**NIAGARA COUNTY AND NIAGARA COUNTY SHERIFF'S DEPARTMENT**
Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202-2150
(716) 856-5500

**SO ORDERED:**

_____
Honorable Richard J. Arcara
United States Chief District Judge

#1370789